1 | Larry A. Tawwater, OBA No. 8852
  | Darren M. Tawwater, OBA No. 18854
2 | David N. Mayo, OBA No. 21985
  | **THE TAWWATER LAW FIRM, P.L.L.C.**
3 | 211 North Robinson, Suite 1950
  | Oklahoma City, Oklahoma 73102
4 | Telephone: (405) 319-7300
  | Fax: (405) 319-7350
5 | Email: david@tawlaw.com

6 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to: | |
| *Mark Andersen* | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |
| v. | |
| *Pfizer, Inc.; Pharmacia Corporation; Pharmacia and Upjohn Company, LLC; and, G.D. Searle, LLC* | |
| (Case No. 08-5330 CRB) | |

Come now Plaintiff, Mark Andersen, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: October 16, 2009      By: _____
Larry A. Tawwater, OBA No. 8852
Darren M. Tawwater, OBA No. 18854
David N. Mayo, OBA No. 21985
**THE TAWWATER LAW FIRM, P.L.L.C.**
211 North Robinson, Suite 1950
Oklahoma City, Oklahoma 73102
Telephone: (405) 319-7300
Facsimile: (405) 319-7350

*Attorneys for Plaintiff*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

1  DATED: __Nov. 9__, 2009        By: _____
2                                      DLA PIPER LLP (US)
                                       1251 Avenue of the Americas
3                                      New York, New York 10020
                                       Telephone: (212) 335-4500
4                                      Facsimile: (212) 335-4501

5                                      *Defendants' Liaison Counsel*

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
13  **IT IS SO ORDERED.**

15  DATED: __Nov. 13__, 2009     _____
                                  Hon. Charles R. Breyer
16                                United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699